# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FORMER BROWN SHOE FACTORY SITE, 430 South 19th Street, Murphysboro, Illinois,<br>*in rem*<br><br>and,<br><br>3ACX DBA Z GAS, LLC,<br><br>Defendants. | Case No. 3:25-cv-956-JPG |

## JUDGMENT

This matter having come before the Court, the Court having authorized the United States Environmental Protection Agency to access the contaminated property (the former Brown Shoe Factory Site in Murphysboro, Illinois), and the United States of America having completed the necessary cleanup work at the site and no longer needing access to the site,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**DATED:  November 19, 2025**

**MONICA A. STUMP, Clerk of Court**

**s/Tina Gray, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**